IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-94-353-CV





DAVID W. KIRK,



 APPELLANT


vs.





KATHLYNN SUE KIRK, KIMBERLY SUE KIRK, AND 


JAMES EARL SURRETT,



 APPELLEES



 




FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT



NO. C94-146B, HONORABLE FRED CLARK, JUDGE PRESIDING 



 





PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Aboussie and B. A. Smith

Dismissed on Appellant's Motion

Filed: October 12, 1994

Do Not Publish